IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY T. COLE, P-83297, ) | |
| ) Petitioner, ) | No. C 15-0614 CRB (PR) |
| ) vs. ) | ORDER OF DISMISSAL |
| ) WILLIAM MUNIZ, Acting Warden, ) | |
| ) Respondent. ) | |

  Petitioner, a state prisoner at Salinas Valley State Prison, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a June 2000 conviction and sentence from Santa Clara County Superior Court. His first petition was dismissed as untimely on August 12, 2011. See Cole v. Cash, No. C 10-2441 CRB (PR) (N.D. Cal. Aug. 12, 2011) (order granting respondent's motion to dismiss).

  A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

  Based solely on his affidavit of poverty, petitioner's request to proceed in forma pauperis is GRANTED.

  The clerk shall enter judgment and close the file.

SO ORDERED.

DATED: Feb. 11, 2015

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.15\Cole, J.15-0614.dismissal.wpd