IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY T. COLE, P-83297,    )<br>                            )<br>     Petitioner,            )<br>                            )<br>     vs.                    )<br>                            )<br>WILLIAM MUNIZ, Acting Warden, )<br>                            )<br>     Respondent.            )<br>_____ ) | No. C 15-0614 CRB (PR)<br><br>ORDER DENYING<br>MOTION TO REOPEN<br>CASE AND FOR<br>APPOINTMENT OF<br>COUNSEL<br><br>(Dkt. #15) |

      Per order filed on February 12, 2015, the court dismissed Jeffrey T. Cole's second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his June 2000 conviction and sentence from Santa Clara County Superior Court. The court explained that pursuant to 28 U.S.C. § 2244(b)(3)(A), a second or successive petition may not be filed in this court unless petitioner first obtains from the Ninth Circuit an order authorizing this court to consider the petition, and clarified that the dismissal was without prejudice to refiling if petitioner obtains the necessary order.

      Petitioner responded by filing a notice of appeal and a motion for a certificate of appealability (COA). Per order filed on April 10, 2015, this court denied a COA and, per order filed on June 11, 2015, the Ninth Circuit denied a COA as well.

|  |  |
|---|---|
| 1 | Petitioner has now filed a motion to reopen the case, claiming that he |

Petitioner has now filed a motion to reopen the case, claiming that he wishes to present newly discovered evidence in connection with his June 2000 state conviction and sentence. The motion (dkt. #15) is DENIED. As previously explained to petitioner, this court cannot consider new claims or evidence in connection with this June 2000 state court conviction unless he first obtains from the Ninth Circuit an order authorizing this court to consider it. See 28 U.S.C. § 2244(b)(3)(A).

SO ORDERED.

DATED:  Aug. 31, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.15\Cole, J.15-0614.deny_mtn_reopen.wpd

2